UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

QUEOTIS CAMPBELL

Defendant(s).

-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO
OR TELE CONFERENCE**

~~CR XXXXXXXXXXX~~

20 MAG 6496

Defendant ___QUEOTIS CAMPBELL_____ hereby voluntarily consents to
participate in the following proceeding via _X_ videoconferencing or _X_
teleconferencing:

_X_   Initial Appearance Before a Judicial Officer

___   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate
         Waiver of Indictment Form)

_X_   Bail/Detention Hearing

___   Conference Before a Judicial Officer


*Queotis Campbell* **by** _Ben G_____

Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Ben G_____

Defendant's Counsel's Signature


_Queotis Campbell_____

Print Defendant's Name

_Benjamin Gold_____

Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing
technology.

__6/22/20_____

Date
Judge

_____

U.S. District Judge/U.S. Magistrate